# United States Bankruptcy Court
## Eastern District of Virginia
Richmond Division

**TO:**  
John P. Van Beek

**In re:** Charlie O Wise  
Patricia Shelton Wise  
**Case Number** 10–31629–KRH  
**Chapter** 13

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*33* – Motion for Relief from Stay Re: 2007 Nissan Maxima SE Automobile with Notice of Hearing, filed by John P. Van Beek of Goldman & Van Beek, P.C. on behalf of Nissan Motor Acceptance Corporation. Hearing scheduled 2/16/2011 at 09:30 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Attachments: # (1) Notice of Motion # (2) Exhibit(s) # (3) Exhibit(s) # (4) Exhibit(s)) (Van Beek, John)

**REQUIREMENTS OF FORM/PROCESS:**

___ Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

___ Please prepare and submit to the Court an Order Extending Stay, which may be obtained from the Court's web site at www.vaeb.uscourts.gov under Bankruptcy Forms.*

___

**MOTION FOR EXPEDITED HEARING [LBR 9013–1(N)]:**

___ Not accompanied by Certification Regarding Request for Expedited Hearing*.

___

**MOTION FOR RELIEF FROM STAY AND/OR CODEBTOR STAY [LBR 4001(a)(1)]:**

___ Not accompanied by proof of service indicating service of motion upon parties required to be served.

___ Notice as required by LBR 4001(a)–1(C) not clearly stated or conspicuously provided in motion.

___ Caption of codebtor stay does not clearly state the subsection of 11 U.S.C. 1301 under which party is proceeding.

**X** Incorrect response period set forth

**NOTICE OF MOTION OR OBJECTION/NOTICE OF HEARING:**

___ Official Form 20A* – Notice of Motion or Objection. The Notice must be in substantial compliance with the official form and must accompany the Motion or Objection when filed.

___ Official Form 20B* – Notice of Objection to Claim. The Notice must be in substantial compliance with the official form and must accompany the objection when filed.

___ Date, time and/or location omitted or incorrect in Notice of Hearing.

___ Notice of Hearing/Response not properly linked to Motion/Application/Objection

___

*A copy of the above–referenced forms may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:   January 18, 2011                           CLERK, UNITED STATES BANKRUPTCY COURT

                                                   By /s/ Suzan Ramirez–Lowe, Deputy Clerk  
[igmotionvDec2009.jsp]                             Direct Dial Telephone No. 804–916–2421