IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| In Re: Charlie Wise | ) | Case No. 10-31629-KRH |
| Patricia Wise | ) | Chapter 13 |
| | ) | |
| Debtor | ) | |

## WITHDRAWAL OF PLEADING

NOW COMES the Debtor(s), by counsel, and hereby withdraws their pleading entitled Motion to Incur Debt filed on October 22, 2010 as document number 27 on the following grounds:

1. The Debtors did not qualify for the loan they sought.

        Respectfully submitted,
        Charlie Wise
        Patricia Wise
        BY: /s/ Richard J. Oulton
                Counsel

Richard J. Oulton, VSB#29640
The Debt Law Group, PLLC
2800 Parham Road, Suite 100
Richmond, VA 23294
(804) 308-001

### Certificate of Service

I certify that on the February 18, 2011, I mailed a true copy of the foregoing Motion by either first class mail, postage prepaid, e-mail or fax to <Robert Hyman, Trustee, P.O. Box 1780, Richmond, VA 23219-1780, the U.S. Trustee, 600 E. Main St., Ste.701 E. Broad Street, Richmond, VA 23219.

        /s/ Richard J. Oulton
        Richard J. Oulton