UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

Charlie O. Wise
Patricia S. Wise
     Debtors                               Case No. 10-31629
                                                         Chapter 13

378 Windy Knight Road

Montpelier, VA  23192

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s) (if any) 8879

**APPLICATION FOR SUPPLEMENTAL COMPENSATION OF
ATTORNEY FOR DEBTOR(S)**

      Richard Oulton, attorney for the debtor(s) (the "attorney"), applies for approval and payment of supplemental compensation as attorney for the debtor(s) in the amount of **$500.00.**

      1.  The attorney has provided services to the debtor(s) in connection with the filing of a post confirmation modified plan filed with this court on January 18, 2011.

      2.  The attorney has provided services to the debtor(s) in connection with a motion for relief from the automatic stay on January 14, 2011, for which an order was entered by this court on February 25, 2011.

      3.  Fees in the amount of $3,000.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

      4.  The Attorney is the sole provider of legal services to the Debtor(s).

      5.  The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

      6.  The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

                                                             Respectfully Submitted,

                                                            /s/ Richard Oulton
                                                           Richard Oulton (VSB#29640)
                                                           Attorney for Debtor
                                                           111 Highland Avenue
                                                           Colonial Heights, VA 23834
                                                           Phone: 804-520-2428
                                                           Fax: 804-318-3806

Certificate of Service

      I certify that on 11/10/2011, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system or by mail to the debtor(s), Chapter 13 Trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court, a copy of which is attached.

                                                /s/ Richard Oulton
                                                Richard Oulton

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re:

Charlie O. Wise
Patricia S. Wise
        Debtors

Case No. 10-31629
Chapter 13
Trustee: Robert E. Hyman

378 Windy Knight Road

Montpelier, VA 23192

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s) (if any) 8879

**NOTICE OF MOTION**

    Counsel for the debtor(s) has filed an application for supplemental compensation (the "Motion") in the amount of **$500.00** for services rendered. The supplemental compensation will not reduce the payment to unsecured creditors under the debtor'(s) confirmed Chapter 13 plan.

    **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

    If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before **11/24/2011** you or your attorney must:

[X] File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the Court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above:

        United States Bankruptcy Court
        701 E. Broad Street
        Richmond, VA 23219

[ ] Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

[ ] Attend the hearing on the motion scheduled to be held on _____ at _____ __. M. at the United States Bankruptcy Court, 701 E. Broad Street, Room _____, Richmond, VA 23219.

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

    You must also mail a copy to the attorney for the Debtor(s) and to the Chapter 13 Trustee:

| | |
|---|---|
| Address of attorney for the Debtor(s): | Richard Oulton |
| | 111 Highland Avenue |
| | Colonial Heights, VA 23834 |
| | Phone: 804-520-2428 |
| | Fax: 804-318-3806 |
| Address of Chapter 13 Trustee: | |
| | Robert E. Hyman |
| | P. O. Box 1819 |
| | Richmond, VA 3218-1819 |

11/10/2011                                                /s/ Richard Oulton
                                                           Richard Oulton (VSB#29640)
                                                           Attorney for Debtor
                                                           111 Highland Avenue
                                                           Colonial Heights, VA 23834
                                                           Phone: 804-520-2428
                                                           Fax: 804-318-3806

## PROOF OF SERVICE

    The undersigned hereby certifies that on 11/10/2011 foregoing Notice was served electronically and/or by first class mail, postage prepaid, to the parties on the attached matrix.

                                                                     /s/ Richard James Oulton
                                                                      Richard James Oulton

Robert E. Hyman
P. O. Box 1819
Richmond, VA 3218-1819

Charlie O. Wise
Patricia S. Wise
378 Windy Knight Road
Montpelier, VA  23192

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

In re:

Charlie O. Wise
Patricia S. Wise
Debtor                                            Case No.  10-31629
                                                  Chapter 13
                                                  Trustee: Robert E. Hyman

378 Windy Knight Road

Montpelier, VA  23192

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s) (if any) 8879

## PROPOSED ORDER APPROVING ATTORNEY COMPENSATION

The attorney for debtor's filed an application for supplemental compensation stating that he is entitled to receive as supplemental compensation the amount of **$500.00** in connection with the filing of a post-confirmation modified plan on January 18, 2011.  The attorney has provided services to the debtor(s) in connection a motion for relief from the automatic stay on January 14, 2011, for which an order was entered by this court on February 25, 2011.

There being no objection filed to the application for compensation in this matter to date in the amount of **$500.00** and that the Chapter 13 trustee, Robert E. Hyman**,** is authorized to pay an additional **$500.00** to Richard J. Oulton from the next funds paid by or on behalf of the debtor to the Chapter 13 plan.

                                    UNITED STATES BANKRUPTCY COURT

                                    By_____
                                              Judge

Notice of Order Entered on Docket
_____

I ask for this:
_____

Richard J. Oulton, VSB# 29640, Counsel for Debtor
111 Highland Avenue
Colonial Heights, VA 23834
Phone: 804-520-2428
Fax: 804-318-3806

Seen and agreed

_____
Robert E. Hyman

                        Certification

I hereby certify that this order has been endorsed by all necessary parties to this matter.

                                        _____
                                        Richard J. Oulton

Please send a copy of this Order to:

Robert E. Hyman
P.O. Box 1780
Richmond, VA 23219-1780

Charlie O. Wise
Patricia S. Wise
378 Windy Knight Road
Montpelier, VA  23192