UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:        Charlie O. Wise                          Case No.    **10-31629-KRH**
              Patricia Shelton Wise
                    Debtor(s)                          Chapter 13

## ORDER APPROVING ATTORNEY COMPENSATION

The attorney for Debtors(s) filed an application for supplemental compensation stating that he is entitled to receive as supplemental compensation the amount of $250.00 in connection with the filing of a post-confirmation modified plan. There being no objection filed to the application for compensation in this matter to date in the amount of $250.00 and that the Chapter 13 trustee, **Robert E. Hyman,** is authorized to pay an additional $250.00 to Richard J. Oulton from the next funds paid by or on behalf of the debtor to the Chapter 13 plan.

UNITED STATES BANKRUPTCY COURT


By_____
                    Judge

Date Order Entered on Docket

_____

I ask for this:
/s/ Richard J. Oulton
Richard J. Oulton, Counsel for Debtor
The Debt Law Group, PLLC
2800 N. Parham Rd, Ste 100
Henrico, VA 23294
Tel: (804)308-0051

Seen and agreed

/s/ Robert E. Hyman
**TRUSTEE**


Certification

I hereby certify that this Order has been endorsed by all necessary parties to this matter.

<u>/s/ Richard J. Oulton</u>
Richard J. Oulton

Please send a copy of this Order to:

Robert E. Hyman
Chapter 13 Trustee
P.O. Box 1780
Richmond, VA 23219-1780

**Charlie O. Wise**
**Patricia Shelton Wise**
**378 Windy Knight Road**
**Montpelier, VA  23192**